National Supply Company—Midwest, Appellant, v. Jay E. Burns, Appellee.

Gen. No. 42,891.

Heard in the first division, first district, this court at the December term, 1943; opinion filed April 3,

1944. Goldman, Allshouse & Healy, for appellant; Robert G. Dreffein and M. M. Loman, of counsel; Raymond W. Beach, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.